BY IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                            Chapter 13
                                                 Case No. 12-31218-DHW

DAN RUDOLPH

     Debtor(s).

## TRUSTEE'S OBJECTION TO MOTION FOR HARDSHIP DISCHARGE

COMES NOW, the Trustee, by and through the undersigned counsel, and hereby objects to the debtor(s) motion for hardship discharge. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on May 18, 2012.

2. On or about September 27, 2016 the debtor(s) filed a motion for hardship discharge.

3. The debtor(s) has not filed Official Form 23, the Statement of Completion of a course in personal financial management as set out in Rule 1007(b)(7) or a waiver.

4. Further, the motion does not provide whether or not debtor is attempting to discharge his mortgage obligation.

WHEREFORE, the Trustee objects to the debtor(s) motion for hardship discharge, as the requirements of Rule 1007(b) (7) have not been met and the best interest of creditors test is not met.

Respectfully submitted October 27, 2016.

                        Sabrina L McKinney
                        Acting Chapter 13 Trustee

            By:    /s/   Tina J. Hayes
                    Tina J. Hayes
                    Staff Attorney for the Trustee

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-264-6127
Email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

     I, Tina J. Hayes, hereby certify that a copy of the foregoing TRUSTEE'S OBJECTION TO DEBTOR(S) MOTION FOR HARDSHIP DISCHARGE has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, October 27, 2016.

                        /s/   Tina J. Hayes
                        Tina J. Hayes

DAN RUDOLPH
416 GOVERNMENT ST
GREENVILLE, AL 36037

RICHARD D. SHINBAUM